**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Eugene Christopher Leitzel aka Eugene C. Leitzel, Jr. aka Eugene C. Leitzel aka Eugene Leitzel, Jr. aka Eugene Leitzel aka Eugene Christopher Leitzel, Jr.**<br>**Debtor(s)** | **BK NO. 26-02524 MJC**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/Maggie Soboleski

Maggie Soboleski
24 Sep 2026, 08:24:30, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322