United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02524-MJC
Eugene Christopher Leitzel Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Oct 05, 2026 Form ID: ntcnfhrg Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Christopher Leitzel, 344 Blackman Street, Wilkes Barre, PA 18702-4509 |
| 5831227 | + | PAUL KLEM ESQ, RUBIN & ROTHMAN LLC, PO BOX 9003, ISLANDIA, NY 11749-9003 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5831224 | | Email/Text: BKPT@cfna.com | Oct 05 2026 19:10:00 | CFNA/BRIDGESTONE RETAIL, 6275 EASTLAND ROAD, BROOKPARK, OH 44142-1399 |
| 5831225 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 05 2026 19:13:10 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5831226 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2026 19:13:31 | MIDLAND MORTGAGE, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 5831228 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2026 19:11:00 | SANTANDER CONSUMER USA, ATTN BANKRUPTCY DEPT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5831229 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 05 2026 19:13:32 | SECRETARY OF HOUSING AND, URBAN DEVELOPMENT, 451 SEVENTH STREET SOUTHWEST, WASHINGTON, DC 20410-8000 |
| 5831230 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 05 2026 19:13:18 | SYNCB/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 5831231 | ^ | MEBN | Oct 05 2026 19:05:29 | TOYOTA MOTOR CREDIT CORPORATION, 6565 HEADQUARTERS DRIVE, PLANO, TX 75024-5965 |
| 5838999 | | Email/PDF: bncnotices@becket-lee.com | Oct 05 2026 19:13:13 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5832759 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 05 2026 19:13:32 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5831232 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 05 2026 19:10:00 | VERIZON WIRELESS, PO BOX 650051, DALLAS, TX 75265-0051 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Eugene Christopher Leitzel rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Eugene Christopher Leitzel,<br>aka Eugene C. Leitzel, aka Eugene C. Leitzel Jr., aka Eugene Leitzel Jr., aka Eugene Christopher Leitzel Jr., aka Eugene Leitzel, | Chapter | 13 |
| | Case No. | 5:26−bk−02524−MJC |
| **Debtor 1** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 5, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 12, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 5, 2026 |

ntcnfhrg (08/21)