Certificate Number: 12433-PAM-DE-041594166

Bankruptcy Case Number: 26-02524

12433-PAM-DE-041594166

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2026, at 2:15 o'clock PM PDT, Eugene C. Leitzel, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 23, 2026

By: /s/Loren Bailey Roberts

Name: Loren Bailey Roberts

Title: Teacher